UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



|  |  |
|---|---|
| KELLY TANKERSLEY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF THE NAVY, <br><br> Defendants - Appellees. | No. 26-1971 <br><br> D.C. No. 3:25-cv-05030-AGT Northern District of California, San Francisco <br><br> ORDER |

The motion (Docket Entry No. 11) for an extension of time to file the opening brief is unnecessary. The opening brief has been filed.

The answering brief remains due July 10, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT